UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MUNTAHA SARSOUR, ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO. 09-2820 |
| OAKWOOD SHOPPING CENTER LIMITED PARTNERSHIP, ET AL. | SECTION "N" (1) |

## ORDER AND REASONS

Presently before the Court is Plaintiff's Motion to Supplement Expert Witness List" (Rec. Doc. 54), which seeks leave to supplement their witness list to include a proposed expert witness, Mr. Henry Jolly. In support of their motion, Plaintiffs contend that deposition testimony offered by the security guard defendant, Lawrence Weatherstrand, and his supervisor, regarding "non-discriminatory reasons" for the alleged conduct at issue in this litigation, was "unexpected." The Court is not so persuaded.

Given the nature and factual basis of the intentional discrimination claims urged, the legal framework employed for analyzing such claims, and Defendants' continued denial in their answers of any exhibition of discriminatory intent toward Plaintiffs, it is hardly surprising that such testimony would have been offered. And, in any event, the possibility that such testimony would be offered logically could and should have been explored and confirmed prior to Plaintiff's 2012 expert witness deadlines. Indeed, the Court's March 30, 2011 Order and Reasons expressly referenced the possibility that Plaintiffs ultimately might not be able to set forth *evidence* necessary for them to survive summary judgment relative to establishing that Defendants' conduct was driven

by unlawful discriminatory intent. Accordingly, on the showing made, **IT IS ORDERED** that Plaintiffs' motion is **DENIED**.

New Orleans, Louisiana, this 24th day of May 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**